UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRYSAN HARRIS** | **CIVIL ACTION NO. 15-0761** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CITY OF BASTROP, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that Plaintiff's motion to amend, contained in his memorandum in opposition to Defendants' Motion for Summary Judgment [Doc. No. 14] is GRANTED. Plaintiff has 14 days from the date of this Judgment to file an amended Complaint asserting a false arrest claim.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 11] is GRANTED IN PART and DENIED IN PART. To the extent Defendants move for summary judgment on Plaintiff's 42 U.S.C. § 1983 municipal liability claims, 42 U.S.C. § 1985 conspiracy claim, and intentional infliction of emotional distress claim under Louisiana law, their motion is GRANTED, and those claims are DISMISSED WITH PREJUDICE. Defendants' motion is otherwise DENIED.

IT IS FURTHER ORDERED that Plaintiff has ten days from the date of this Ruling to file an opposition memorandum to the Court's *sua sponte* notice of intent to dismiss his claims against

the Bastrop Police Department.

MONROE, LOUISIANA, this 19th day of July, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE